CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 27 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | S E A L E D |
| | ) | |
| v. | ) | Criminal No. 4:19-CR-22 |
| | ) | |
| CHRISTIAN JOHN PREKKER | ) | |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the above indictment be sealed.

1. The government states that the disclosure of the above indictment would jeopardize the investigation and capture of the defendant.

2. The government requests that the indictment be sealed for 30 days or until the arrest of defendant, whichever is sooner.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: June 27, 2019

RACHEL B. SWARTZ
Assistant United States Attorney